CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 22 2008

JOHN F. CORCORAN, CLERK
BY: /s/ J. Mueller
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| JEROME CRUMP,<br><br>                      *Plaintiff,*<br><br>v.<br><br>DARLENE MACK,<br><br>HILDA STEVENS,<br><br>STEPHANIE PROKITY, AND<br><br>SIESA, LLC,<br><br>                      *Defendants.* | CIVIL NO. 6:08CV00017<br><br><br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' motion to dismiss for lack of subject matter jurisdiction (docket no. 12), filed on August 22, 2008. For the reasons set forth in the accompanying memorandum opinion, it is hereby ordered as follows:

1. Defendants' motion to dismiss for lack of subject matter jurisdiction is DENIED.

2. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

Entered this 22nd day of October, 2008.

                                                    /s/ Norman K. Moon
                                                    NORMAN K. MOON
                                                    UNITED STATES DISTRICT JUDGE