# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 2 3 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

JEROME CRUMP,

                                   *Plaintiff,*

        v.

DARLENE MACK,

HILDA STEVENS,

STEPHANIE PROKITY, AND

SIESA, LLC,

                                   *Defendants.*

CIVIL NO. 6:08CV00017

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Defendants' motion to dismiss for failure to state a claim upon which relief can be granted (docket no. 13), filed on August 22, 2008. For the reasons set forth in the accompanying memorandum opinion, it is hereby ordered as follows:

1. Defendants' motion to dismiss Count I of the Complaint as against individual Defendants Mack, Stevens, and Prokity is GRANTED.

2. Defendant's motion to dismiss Count II of the Complaint as against all Defendants is GRANTED.

3. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

Entered this 23rd day of October, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE